

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

February 23, 2016

By ECF
Hon. J. Paul Oetken
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:   *United States v. James Sterling*, 12 Cr. 627 (JPO)

Dear Judge Oetken:

      The Government respectfully requests that the Court order the Clerk to terminate the appearance of undersigned counsel in this matter. AUSA Alex Rossmiller will replace undersigned counsel as the attorney of record for the Government and will separately file a notice of appearance.

      Respectfully,

      PREET BHARARA
      United States Attorney

By:   /s/ Serrin Turner
      SERRIN TURNER
      Assistant United States Attorney
      Southern District of New York
      (212) 637-1946

cc:    Philip Weinstein, Esq.